ACCEPTED
05-17-01053-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:48 AM
LISA MATZ
CLERK

No. 05-17-01053-CV

IN THE FIFTH DISTRICT COURT OF APPEALS
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 9:48:00 AM

LISA MATZ
Clerk

EARL L. TURNER,

*Appellant*,

v.

NATIONSTAR MORTGAGE LLC

*Appellee*.

Appealed from the 68th Judicial District Court, Dallas County, Texas
The Honorable Martin Hoffman, Presiding

APPELLEES' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Randall B. Clark (Lead Counsel)
Texas Bar No. 04294900
rclark@mcguirewoods.com
MCGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
(832) 214-9946 Phone
(832) 255-6371 Fax

ATTORNEYS FOR APPELLEE
NATIONSTAR MORTGAGE LLC

**TO THE HONORBALE COURT OF APPEALS**:

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **NATIONSTAR MORTGAGE LLC** ("Nationstar"), moves the Court to withdraw **C. Charles Townsend and Walter McInnis** of Akerman, LLP, 2001 Ross Avenue, Suite 3600, Dallas, Texas 75201 as counsel of record for Nationstar and substitute Randall B. Clark of the law firm McGuireWoods LLP as counsel of record. Mr. Clark's contact information is as follows:

> Randall B. Clark
> Texas Bar No. 04294900
> McGuireWoods LLP
> 600 Travis Street, Suite 7500
> Houston, Texas 77002
> Telephone: (713) 571-9191
> Facsimile: (713) 571-9652
> rclark@mcguirewoods.com

This motion to withdraw and substitute counsel of record is not brought for the purpose of delay, and it will not delay this action. The motion is unopposed by all counsel of record.

Therefore, the Appellee, Nationstar Mortgage LLC respectfully requests that the Court permit **C. Charles Townsend and Walter McInnis** of Akerman, LLP, to withdraw as counsel of record in this matter and substitute Mr. Clark as counsel of record for **NATIONSTAR.**

Respectfully submitted,

**/s/ Randall B. Clark**

**RANDALL B. CLARK**
TX Bar No. 04294900
Email: rclark@mcguirewoods.com
**McGuireWoods, LLP**
600 Travis Street, Suite 7500
Houston, Texas 77002
(713) 571-9191
(713) 571-9652 Fax

**INCOMING ATTORNEY-IN-CHARGE DEFENDANT NATIONSTAR MORTGAGE LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2018, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and via U.S. First Class Mail to the following:

Earl L. Turner
PO BOX 541322
Grand Prairie, TX 75054
4turner4@gmail.com
*Pro Se Appellant*

C. Charles Townsend
Walter McInnis
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Charles.townsend@akerman.com
walter.mcinnis@akerman.com
*Outgoing Attorneys for Defendant Nationstar Mortgage LLC*

/s/ Randall B. Clark
**RANDALL B. CLARK**